## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Rebecca Schneider

                                      Plaintiff,

v.                                                 Case No.: 1:21–cv–05121

                                                Honorable Matthew F. Kennelly

National Railroad Passenger Corporation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/8/2022. The Court reviewed the motion for approval and finds that it is properly supported. Plaintiff's motion for settlement and distribution approval [43] is granted. Case is dismissed with prejudice based on settlement. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.